# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Addi et al.

v.

Corvias Management-Army, LLC et al.

Case No. 19-cv-03253

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, a copy of Summons; Complaint; Civil Cover Sheet; Exhibits to Complaint which was electronically filed in this case on November 12, 2019, was mailed via first class mail, postage prepaid, to Corvias Management-Army, LLC c/o The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801.

November 18, 2019
Date

/s/ Kevin B. Collins
Signature

Kevin B. Collins - 13131
Printed Name and Bar Number

One City Center, 850 10th St NW, Washington, DC 20001
Address

kcollins@cov.com
Email Address

(202) 662-6000
Telephone Number

(202) 662-6291
Fax Number

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Addi et al. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-03253 |
| Corvias Management-Army, LLC et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corvias Management-Army, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(302) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin B. Collins
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/12/2019

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Joseph Addi and Juliea Addi, et al.

**Plaintiff(s)**

vs.   Case No: 1:19-cv-03253-ELH

Corvias Management-Army, LLC, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Attachment, and Class Action Complaint for Injunctive Relief with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/13/2019 at 2:55 PM, I served Corvias Management-Army, LLC c/o The Corporation Trust Company, Registered Agent with the Summons, Civil Cover Sheet with Attachment, and Class Action Complaint for Injunctive Relief with Exhibit A at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Sean O'Hara, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Sean O'Hara is described herein as:

Gender: Male   Race/Skin: White   Age: 35-40   Weight: 170   Height: 5'9"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

11/14/2019
Executed On

Robert DeLacy, Jr.

Client Ref Number: N/A
Job #: 1570681

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Addi et al.                           *

                                      *

v.                                    *   Case No. 19-cv-03253

Corvias Management-Army, LLC et al.   *

                                      *

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, a copy of Summons; Complaint; Civil Cover Sheet; Exhibits to Complaint which was electronically filed in this case on November 12, 2019, was mailed via first class mail, postage prepaid, to Meade Communities, LLC c/o The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801.

| | |
|---|---|
| November 18, 2019 | /s/ Kevin B. Collins |
| Date | Signature |
| | Kevin B. Collins - 13131 |
| | Printed Name and Bar Number |
| | |
| | One City Center, 850 10th St NW, Washington, DC 20001 |
| | Address |
| | kcollins@cov.com |
| | Email Address |
| | (202) 662-6000 |
| | Telephone Number |
| | (202) 662-6291 |
| | Fax Number |

CertificateofService (06/2016)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Addi et al.

*Plaintiff(s)*

v.  Civil Action No. 19-cv-03253

Corvias Management-Army, LLC et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Meade Communities, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(302) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin B. Collins
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/12/2019

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Joseph Addi and Juliea Addi, et al.

Plaintiff(s)

vs.   Case No: 1:19-cv-03253-ELH

Corvias Management-Army, LLC, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Attachment, and Class Action Complaint for Injunctive Relief with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/13/2019 at 2:55 PM, I served Meade Communities, LLC c/o The Corporation Trust Company, Registered Agent with the Summons, Civil Cover Sheet with Attachment, and Class Action Complaint for Injunctive Relief with Exhibit A at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by serving Sean O'Hara, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Sean O'Hara is described herein as:

Gender: Male   Race/Skin: White   Age: 35-40   Weight: 170   Height: 5'9"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 11/14/2019

Robert DeLacy, Jr.

Client Ref Number: N/A
Job #: 1570680

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050