# Holland & Knight

Thomas J. Yoo
+1 213-896-2425
Thomas.Yoo@hklaw.com

September 15, 2021

**Via Email:** MDD_JMCchambers@mdd.uscourts.gov **& ECF**
The Honorable J. Mark Coulson
United States Magistrate Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Addi, et al. v. Corvias Management – Army LLC, et al.*
               Case No. 1:19-cv-03253-ELH

Dear Judge Coulson:

    We write to inform Your Honor that upon further investigation, counsel for Defendants have recently learned that for a brief period in the Spring and Summer of 2019, in addition to the confidential consulting role performed for Holland & Knight and previously discussed with the Court, Aegis had some involvement in the distribution of schedules to remediation vendors. Some of the documents identified for *in camera* review by Plaintiffs, and others on the privilege logs of Black and Veatch and ServPro, involve such communications concerning the schedule. *See e.g. in camera* documents BVP-00012, BVP-00061, and SPP-00026.

    We have informed counsel for Plaintiffs that we will de-designate such communications concerning the schedule that were previously designated as privileged and promptly produce same.

    We wanted to inform Your Honor of this development and suggest that the Court's *in camera* review of such documents noted above is unnecessary at this time, as Plaintiffs can review the supplemental production and determine if there are any remaining issues concerning the de-designated documents that require further meet and confer.

    We appreciate the Court's attention to these issues.

Date: September 10, 2021              Respectfully submitted,

                                                  HOLLAND & KNIGHT LLP

                                                  /s/
                                                  Jessica L. Farmer (Bar No. 18978)
                                                  800 17th Street, N.W., Suite 1100
                                                  Washington, D.C. 20006
                                                  Telephone: (202) 955-3000
                                                  Facsimile: (202) 955-5564
                                                  Jessica.Farmer@hklaw.com

The Honorable J. Mark Coulson
September 10, 2021
Page 2

Thomas J. Yoo*
400 S. Hope St., 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (415) 896-2450
Thomas.Yoo@hklaw.com
*Attorneys for Defendants*
* *Pro Hac Vice*