UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH ADDI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CORVIAS MANAGEMENT-ARMY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-03253-ELH |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

　　Pursuant to Local Rule 101.2(a), Plaintiffs Addi et al., by and through their undersigned counsel, respectfully request that this Court grant Lala R. Qadir leave to withdraw her appearance as attorney of record in this matter. In support of this Motion, Addi et al. state as follows:

　　1.　　On September 21, 2021, Lala R. Qadir departed her position at Covington & Burling LLP.

　　2.　　As there are other attorneys of record appearing on behalf of Plaintiffs, no notice has been sent.

　　**WHEREFORE**, Plaintiffs Addi et al. respectfully request that the Court grant Lala R. Qadir leave to withdraw as attorney of record in this action.

Dated: September 21, 2021

                                                  Respectfully submitted,

| | |
|---|---|
| Sonya D. Winner (*pro hac vice*) | /s/ Kevin B. Collins |
| COVINGTON & BURLING LLP | Kevin B. Collins (D. Md. No. 13131) |
| Salesforce Tower | Benjamin C. Block (D. Md. No. 15811) |
| 415 Mission Street | Shankar Duraiswamy (*pro hac vice*) |
| Suite 5400 | Paul J. Wilson (D. Md. 21210) |
| San Francisco, CA 94105-2533 | Paige M. Jennings (*pro hac vice*) |
| (415) 591-6000 | Jessica C. Hill (*pro hac vice*) |
| (415) 591-6291 (fax) | Jordan L. Moran (*pro hac vice*) |
| swinner@cov.com | Bradley J. Altvater (*pro hac vice*) |
| | Tarek Austin (*pro hac vice*) |
| | Victoria Barnard (*pro hac vice*) |
| | Daniel Bernick (*pro hac vice*) |
| | Jacob Crump (*pro hac vice*) |
| | Sara J. Rothman (*pro hac vice*) |
| | Neal Hoopes (*pro hac vice*) |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | (202) 662-6000 |
| | (202) 662-6291 (fax) |
| | kcollins@cov.com |
| | bblock@cov.com |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JOSEPH ADDI, et al.,

      Plaintiffs,

v.

CORVIAS MANAGEMENT-ARMY, LLC, et al.,

      Defendants.

Case No. 1:19-cv-03253-ELH

## ORDER

Having reviewed the Motion for Leave to Withdraw as Counsel for Plaintiffs Addi et al. and receiving no objections, it is this _____ day of _____, 2021:

ORDERED that the Motion for Leave to Withdraw as Counsel for Plaintiffs Addi et al. is hereby GRANTED of Lala R. Qadir, and she is relieved of any and all further duties in this matter.

_____
Judge, United States District Court
for the District of Maryland