# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH ADDI, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CORVIAS MANAGEMENT–ARMY, LLC, et al., <br><br> *Defendants*. | No. 1:19-cv-03253-ELH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' confidential settlement agreement, Plaintiffs stipulate to the dismissal of this action with prejudice.

So stipulated this 9th day of May, 2022:

/s/
Jessica L. Farmer (Bar No. 18978)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, D.C. 20006
(202) 955-3000
jessica.farmer@hklaw.com

Thomas J. Yoo (*pro hac vice*)
HOLLAND & KNIGHT LLP
400 S. Hope St., 8th Floor
Los Angeles, CA 90071
(213) 896-2400
thomas.yoo@hklaw.com

Deborah E. Barnard (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
deborah.barnard@hklaw.com

*Counsel for Defendants*

/s/
Kevin B. Collins (D. Md. No. 13131)
Benjamin C. Block (D. Md. No. 15811)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
kcollins@cov.com
bblock@cov.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I caused a copy of the foregoing Stipulation of Dismissal to be served on all counsel of record via the Court's CM/ECF system.

/s/
Benjamin C. Block
(D. Md. No. 15811)