UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APPROVED THIS 9th DAY OF May 20 22

*/s/ Ellen L. Hollander*
ELLEN L. HOLLANDER, U.S.D.J.

JOSEPH ADDI, et al.,

    *Plaintiffs*,

v.

CORVIAS MANAGEMENT–ARMY, LLC, et al.,

    *Defendants.*

No. 1:19-cv-03253-ELH

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' confidential settlement agreement, Plaintiffs stipulate to the dismissal of this action with prejudice.

So stipulated this 9th day of May, 2022:

| | |
|---|---|
| /s/<br>Jessica L. Farmer (Bar No. 18978)<br>HOLLAND & KNIGHT LLP<br>800 17th Street, NW, Suite 1100<br>Washington, D.C. 20006<br>(202) 955-3000<br>jessica.farmer@hklaw.com | /s/<br>Kevin B. Collins (D. Md. No. 13131)<br>Benjamin C. Block (D. Md. No. 15811)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>(202) 662-6000<br>kcollins@cov.com<br>bblock@cov.com |
| Thomas J. Yoo (*pro hac vice*)<br>HOLLAND & KNIGHT LLP<br>400 S. Hope St., 8th Floor<br>Los Angeles, CA 90071<br>(213) 896-2400<br>thomas.yoo@hklaw.com | *Counsel for Plaintiffs* |
| Deborah E. Barnard (*pro hac vice*)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700<br>deborah.barnard@hklaw.com | |
| *Counsel for Defendants* | |

APPROVED THIS ___ DAY OF ________ 20__

ELLEN L. HOLLANDER, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I caused a copy of the foregoing Stipulation of Dismissal to be served on all counsel of record via the Court's CM/ECF system.

/s/
Benjamin C. Block
(D. Md. No. 15811)